| 82 | 731 |
|-----|-----|
| 105 | 142 |

CHICAGO LUMBER COMPANY, Appellee, v. H. C. DAVIS *et al.*, Appellants.

**Appeal:** RECORD : TRANSCRIPT FILED AFTER SIX MONTHS.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, FEBRUARY 4, 1891.

ACTION in equity to establish a mechanic's lien. There was a decree for plaintiff, and the defendants appeal.—*Affirmed.*

*Ira W. Anderson*, for appellants.

*Wishard & Bailey*, for appellee.

GRANGER, J.—I.—The short-hand notes of the evidence taken on the trial were not extended and the transcript filed within six months, as provided by Code, section 2742, and the holdings of this court in *Arts v. Culbertson*, 73 Iowa, 13, and *Kavaleir v. Machula*, 77 Iowa, 121. For this reason appellee moves to strike the evidence from the record, and the motion must be sustained.

II. Appellants filed a motion to strike the additional abstract from the files because not filed within the time provided by the rules of this court. No prejudice appears from the neglect to file within the time, and under the rule announced in *Green v. Ronen*, 62 Iowa, 89, the motion must be refused. AFFIRMED.